UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STEVEN DARBY MCDONALD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KENNETH LAUREN, et al.,<br><br>　　　　　Defendants. | CASE NO. 3:17-cv-05013-RBL-DWC<br><br>ORDER DENYING MOTION FOR IMMEDIATE RULING |

　　Plaintiff Steven Darby McDonald, proceeding *pro se* and *in forma pauperis*, filed this civil rights complaint under 42 U.S.C. § 1983. Before the Court is Plaintiff's Motion for Immediate Ruling on Request for Preliminary Injunction ("Motion"). Dkt. 73.

　　Plaintiff asks the Court to immediately rule on his Motion for Preliminary Injunction because the Court renoted that motion to give the Chief Judge time to rule on two other pending motions, and the Chief Judge has now ruled on those motions. Local Civil Rule 7 states "[a]ll motions will be decided as soon as practicable, and normally within thirty days following the noting date." LCR 7(b)(5). Further, "[t]he [C]ourt may renote a pending motion to ensure

compliance with applicable court rules or for other reasons." LCR 7(l). Parties should only contact the Court regarding a decision on a motion "if a decision on the motion has not been received within forty-five days of the noting date." LCR 7(b)(5).

Here, the Court is not acting inappropriately by considering Plaintiff's Motion for Preliminary Injunction based on its noting date. The Court's decision is not overdue. The Court renoted the Motion for Preliminary Injunction to December 1, 2017. Though the Chief Judge has rendered his decision on two other pending motions, the noting date has not changed. Plaintiff should expect a decision within thirty days from the noting date and the Court has not acted improperly by waiting to issue a decision until the Court has considered all allegations in the motion. Therefore, Plaintiff's Motion (Dkt. 73) is denied.

Dated this 20th day of November, 2017.

David W. Christel
United States Magistrate Judge