UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STEVEN DARBY MCDONALD,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH LAUREN, et al.,<br><br>Defendants. | CASE NO. 3:17-cv-05013-RBL-DWC<br><br>REPORT AND RECOMMENDATION<br><br>Noting Date: July 20, 2018 |

The District Court has referred this action to United States Magistrate Judge David W. Christel. Before the Court is Plaintiff's Amended Motion for Preliminary Injunction ("Amended Motion"). Dkt. 99.

On January 24, 2018, Plaintiff filed a Notice of Appeal, appealing this Court's Report and Recommendation and the Honorable Ronald B. Leighton's Order Denying Plaintiff's Motion to Vacate General Order 09-16. *See* Dkts. 91, 101, 105, 120, 123, 124. On February 26, 2018, following an Order to Show Cause, the Court ordered this case be stayed until 30 days after the Ninth Circuit Court of Appeals ("Ninth Circuit") had ruled on Plaintiff's Appeal and directed the Clerk to terminate all pending motions. Dkts. 130, 140. While the stay was in place, Plaintiff

filed a second Appeal to the Ninth Circuit challenging the Court's Order Staying the Case. Dkt. 142. Plaintiff also filed an Amended Motion to Transfer the Case to Portland, Oregon, while the stay was still in place. Dkt. 150.

The Ninth Circuit denied Plaintiff's first Appeal and issued its Mandate on June 7, 2018. Dkt. 148. It also denied Plaintiff's second Appeal and issued its second Mandate on June 27, 2018. Dkt. 152. As such, Plaintiff's Appeals have now both been terminated.  In response, the Court entered an Order lifting the stay and denying as moot all but one of the outstanding nondispositive motions pending before the Court, with leave to refile. Dkt. 155. The Court denied those motions because the stay was implemented in February of 2017, the Court was unsure how much the posture of the case had changed, and the Court was therefore unsure whether the outstanding motions were still applicable. *Id*.

The Court has the same concerns with Plaintiff's Amended Motion. Dkt. 99. The case has been stayed since February 2018, and Plaintiff filed his Amended Motion on December 21, 2017. Dkt. 99. Based on the age of the Amended Motion and the length of the stay, the Court is unsure whether the Amended Motion is still relevant.

Therefore, the Court recommends denying the Amended Motion as moot, with leave to refile if Plaintiff believes it is still relevant.

Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have fourteen (14) days from service of this Report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of *de novo* review by the district judge. *See* 28 U.S.C. § 636(b)(1)(C). Accommodating the time limit

1  imposed by Fed. R. Civ. P. 72(b), the clerk is directed to set the matter for consideration on July
2  20, 2018, as noted in the caption.

3  Dated this 5th day of July, 2018.

*/s/ David W. Christel*

David W. Christel
United States Magistrate Judge