UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

STEVEN DARBY MCDONALD,

                                    Plaintiff,

     v.

KENNETH B LAUREN, et al.,

                                    Defendants.

No.  3:17-CV-05013-RBL-DWC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

THIS MATTER is before the Court the Report and Recommendation of Magistrate Judge David W. Christel [Dkt. #223], Plaintiff McDonald's Objections [Dkt. #226], and the underlying record.

(1)     The Report and Recommendation is **ADOPTED**.

(2)     McDonald's Request for Preliminary Injunction [Dkt. # 99] is **DENIED** without prejudice.

(3)     McDonald's Motion to Modify Magistrate's Order [Dkt. # 215] is **DENIED**.

(4)     As McDonald has been granted *in forma pauperis*, *in forma pauperis* may continue on appeal. *See* Rule of Appellate Procedure 24(a)(3).

ORDER ADOPTING REPORT AND RECOMMENDATION- 1

1     The Clerk shall send copies of this Order to McDonald's last known address and to

2  Magistrate Judge Christel.

3     IT IS SO ORDERED.

4     **DATED** this 14th day of March, 2019.

5

6

7                                        Ronald B. Leighton
                                        United States District Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER ADOPTING REPORT AND RECOMMENDATION- 2