UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

STEVEN DARBY MCDONALD,

                Plaintiff,

v.

KENNETH B LAUREN, et al.,

                Defendants.

No. 3:17-CV-05013-RBL-DWC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

THIS MATTER is before the Court the Report and Recommendation of Magistrate Judge David W. Christel [Dkt. #223], Plaintiff McDonald's Objections [Dkt. #226], and the underlying record.

(1)    The Report and Recommendation is **ADOPTED**.

(2)    McDonald's Request for Preliminary Injunction [Dkt. # 99] is **DENIED** without prejudice.

(3)    McDonald's Motion to Modify Magistrate's Order [Dkt. # 215] is **DENIED**.

(4)    As McDonald has been granted *in forma pauperis*, *in forma pauperis* may continue on appeal. *See* Rule of Appellate Procedure 24(a)(3).

ORDER ADOPTING REPORT AND RECOMMENDATION- 1

The Clerk shall send copies of this Order to McDonald's last known address and to Magistrate Judge Christel.

IT IS SO ORDERED.

**DATED** this 1st day of April, 2019.

Ronald B. Leighton
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 2