UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

STEVEN DARBY MCDONALD,

               Plaintiff,

v.

KENNETH B LAUREN, et al.,

               Defendants.

No. 3:17-CV-05013-RBL-DWC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

THIS MATTER is before the Court the Report and Recommendation of Magistrate Judge David W. Christel [Dkt. #244], Plaintiff McDonald's Objections [Dkt. #246], and the underlying record.

(1) The Report and Recommendation is **ADOPTED**.

(2) McDonald's Rule 52(b) Motions to Amend or Make Additional Factual Findings [Dkt. # 234 & 238] are **DENIED**.

(3) As McDonald has been granted *in forma pauperis*, *in forma pauperis* may continue on appeal. *See* Rule of Appellate Procedure 24(a)(3).

The Clerk shall send copies of this Order to McDonald's last known address and to Magistrate Judge Christel.

IT IS SO ORDERED.

**DATED** this 8th day of May, 2019.

Ronald B. Leighton
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1