HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

STEVEN DARBY MCDONALD,

                Plaintiff,

     v.

KENNETH B LAUREN, et al.,

                Defendants.

CASE NO. C17-5013RBL

ORDER

THIS MATTER is before the Court following the Ninth Circuit's Memorandum [Dkt. # 255] and Mandate [Dkt. # 256], affirming this Court's Orders [Dkt. #s 231 and 237] adopting Magistrate Judge Christel's Report and Recommendation [Dkt. # 223] and denying Plaintiff McDonald's Motion for a Preliminary Injunction [Dkt. # 99] and his Motion to Modify Judge Christel's Order [Dkt. # 215].

This Court deferred [*see* Dkt. # 251] ruling on Magistrate Judge Christel's subsequent Report and Recommendation [Dkt. # 247] and McDonald's Objections to it [Dkt. # 249], pending the resolution of McDonald's appeal. That R&R recommended that the Court GRANT Defendant's Summary Judgment Motion [Dkt. # 177] and dismiss the case with prejudce. The R&R is now ripe for resolution.

1.      Judge Christel's Report and Recommendation is **ADOPTED**;

2.      Defendants' Motion for Summary Judgment is **GRANTED** and McDonald's claims against them are **DISMISSED** with prejudice;

3.      Plaintiff McDonald's *in forma pauperis* status is **REVOKED** in the event of any appeal of this Order, for the reasons articulated in the R&R.

4.      All other pending motions (including McDonald's Motion to Compel Legal Materials and Meet Deadlines and Pleading Standards [Dkt. # 250]) are **DENIED AS MOOT**. The matter is closed.

IT IS SO ORDERED.

Dated this 10th day of July, 2020.

Ronald B. Leighton
United States District Judge